UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE HONG and JOON HONG, on behalf of Plaintiffs and all other similarly situated Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., individually and as successor in interest, QBE INSURANCE CORP., and DOES 1-10,<br><br>Defendants. | Case No. C19-1907RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated Motion to Dismiss. Dkt. #27. The parties having so stipulated, the Court hereby finds and ORDERS that this case is DISMISSED without prejudice and with no award of costs or attorney fees to any party. This case is CLOSED.

DATED this 21st day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1